UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TYRELL AINSWORTH,

        Petitioner,

  v.

W.L. MONTGOMERY, Warden,

        Respondent.

NO. CV 14-7503-AGR

JUDGMENT

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that Grounds One and Two of the Petition are denied on the merits with prejudice. Grounds Three and Four are dismissed as moot at Petitioner's request.

DATED: December 1, 2017

                                             ALICIA G. ROSENBERG
                                            United States Magistrate Judge